# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIANA M. RAMIREZ, | 1:08cv0413 LJO DLB |
| Plaintiff, | ORDER TRANSFERRING ACTION |
| v. | |
| GEORGE SPRINGER, et al., | |
| Defendants. | |

Plaintiff Viviana M. Ramirez ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis in this action, filed her complaint pursuant to 42 U.S.C. § 1983 on February 19, 2008.

Review of the complaint reveals that the events Plaintiff complains of occurred in San Jose, and the named Defendants are San Jose Police Officers. San Jose falls within the Northern District. "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." 28 U.S.C. § 1404(a). Accordingly, because the events took place in San Jose and the named Defendants are members of the San Jose Police Department, the Court ORDERS the case TRANSFERRED to the United States Court for the Northern District of California.

IT IS SO ORDERED.

Dated:   **February 4, 2009**           **/s/ Dennis L. Beck**
                                                            UNITED STATES MAGISTRATE JUDGE