# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIANA M. RAMIREZ, | 1:08cv0413 LJO DLB PC |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO REDESIGNATE ACTION AS A REGULAR CIVIL CASE |
| v. | |
| GEORGE SPRINGER, et al., | |
| Defendants. | |

Plaintiff Viviana M. Ramirez ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis in this action, filed her complaint pursuant to 42 U.S.C. § 1983 on February 19, 2008. Review of the complaint reveals that Plaintiff's civil rights case does not involve the conditions of her confinement.

Therefore, the Clerk of Court is DIRECTED to redesignate this action to reflect that it is a regular civil case.

No scheduling conference should be set at this time.

IT IS SO ORDERED.

Dated:   **February 4, 2009**          **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE